# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **Criminal No. 19-108** |
| | ) | |
| **LAMAR SEWELL** | ) | |

## ORDER

On July 10, 2019, the Probation Office filed a Petition for Action on Conditions of Pretrial Release (ECF No. 39), requesting that the Court schedule a hearing to show cause why bond for Lamar Sewell should not be revoked. A Bond Revocation hearing was held on July 17, 2019, at which the Probation Officer and Andrea Sewell, Lamar Sewell's aunt testified. ECF No. 41. The hearing was continued to August 7, 2019, at which the Court heard testimony from Bianca D'Auria, LSW, who was qualified as an expert in mental health with a focus on individuals with severe mental illnesses. ECF No. 45. The Court finds that the Defendant has shown cause that his Bond should not be revoked. Accordingly, the following Order is hereby entered.

AND NOW, this 14th day of August, 2019, IT IS HEREBY ORDERED that Defendant Lamar Sewell shall continue on Pretrial Release pursuant to the Appearance Bond entered May 10, 2019. ECF No. 29.

IT IS FURTHER ORDERED that the Order Setting Conditions of Release, entered on May 10, 2019, ECF No. 30, is hereby modified as follows:

**1.** Lamar Sewell shall not reside with Marcel Sewell, formerly designated as Third Party Custodian.

2. Lamar Sewell shall reside with Third Party Custodian, Andrea Sewell, at 26 Miller Avenue.

3. Andrea Sewell, Third party Custodian shall inform the supervision Probation Officer of any changes in Lamar Sewell's mental health status or of any failure of Lamar Sewell to comply with any condition of release.

4. Lamar Sewell shall execute an appropriate Release of Information to permit his UPMC-WPIC outpatient therapist, Janet Gilmore, LCSW, and his Pittsburgh Mercy Behavioral Health Service Coordinator, Shawna Lewis, to communicate reports to the Probation Office regarding the following:

   a. Mr. Sewell's compliance with his treatment regime;
   b. Mr. Sewell's attendance at appointments;
   c. Any decompensation in Mr. Sewell's mental health status;
   d. Any other medical information the providers deem necessary to report to he Probation Office.

IT IS FURTHER ORDERED that Ms. Gilmore and Ms. Lewis shall immediately contact the Probation Office to report upon any change in the above items; and shall also promptly report the above information to the Probation Office upon request by the Probation Officer.

5. All other conditions of the Order Setting Conditions of Release, entered on May 10, 2019, ECF No. 30, shall remain in full force and effect.

Marilyn J. Horan
United States District Judge